

RECEIVED

DEC 04 2007  aew
DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joseph E. Hodges

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Bolling W. Haxall
Michael Nerheim
Scott Thomas
Thomas Granger
Sharon Gonzalez
John S. Thornton Jr
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6827
JUDGE KENDALL
MAG. JUDGE VALDEZ

(                                    )
(                                    )
(            ...  Clerk of this Court)

CHECK ONE ONLY:

  X      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
_____   U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    **Plaintiff(s):**

    A.    Name: Joseph E. Hodges

    B.    List all aliases: N\A

    C.    Prisoner identification number: L-21382

    D.    Place of present confinement: Lake County Jail

    E.    Address: 18 S. County

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Bolling W. Haxall

        Title: State Attorney

        Place of Employment: Lake County, ILL

    B.    Defendant: Michael Nerheim

        Title: State Attorney

        Place of Employment: Lake County, ILL

    C.    Defendant: Scott Thomas

        Title: Detective

        Place of Employment: Waukegan, ILL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Defendant(s):

Defendant: Thomas Granger
Title: Detective
Place of Employment: Waukegan, Ill

Defendant: Sharon Gonzalez
Title: Home owner
Place of Employment: unknown

Defendant: John S. Thornton Jr.
Title: unknown
Place of Employment: unknown

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _N/A_

B.    Approximate date of filing lawsuit: _N/A_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.    List all defendants: _N/A_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F.    Name of judge to whom case was assigned: _N/A_

G.    Basic claim made: _N/A_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I.    Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about March 16, 2005, I Joseph E. Hodges was charged by indictment with the offenses of 2 counts of Aggravated Arson and 2 counts of Residential Arson. No evidence linked me to said crime. I was held in the Lake County Jail until March 1, 2007. When I was found not guilty of all charges.

4

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Compensation and Punitive damages
in the amount of 30 million dollars

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __28__ day of __NOV__, 20 __07__

Joseph E Hodges
(Signature of plaintiff or plaintiffs)

Joseph E. Hodges
(Print name)

L-21382
(I.D. Number)

P.O. Box 38
Waukegan, ILL 60079-0038
(Address)

Revised 9/2007