UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

**FILED**
DEC 04 2007

V.

Defendant(s) MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6827
JUDGE KENDALL
MAG. JUDGE VALDEZ

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Joseph E. Hodges**, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

**Joseph E. Hodges**
Movant's Signature

11/28/07
Date

782 Sharon Ave Apt 1
Street Address

Park City, ILL 60085
City, State, ZIP

PG.1

Also I have wrote other attorneys with no response. As whom I named on these next Three (3) Pages

legal asst. Foundation
111 W. Jackson Blvd. Lobby 3
Chic, Ill 60604 (312) 341-1070

Richard Lofgren
566 W. Adam Suite 750
Chi, Ill 60661 (312) 655-0200

Mcauthor Justice Center
University of Chic, Law School
1111 E. 60th ST. Chic, Ill 60637
(773) 902-9494

Charles Locker
5901 N. Cicero Ave Suite 101
Chi, Ill 60646 (312) 782-0071

The Chicago Bar Association
321 S. Plymouth Court Fl. 15
Chic, Ill 60604 (312) 554-2000

Jeffrey Haas
1180 N. Milwaukee Ave
Chi, Ill 60622 (773) 235-0070

Paul F. Peters
20 N. Clark Suite 2550
Chic, Ill 60602 (312) 346-6464

William Klink
218 N. Jefferson ST Suite 401
Chi, Ill 60661 (312) 993-0052

Richard Rudy c/o Roosevelt Univ.
430 S. Michigan (312) 281-3261
Chic, Ill 60605 (269) 469-0082

Marian Perkins
Pro. Crim. Justice Dept
Chi. State Univ.
9501 S. King Dr.
Suite HWH 328
Chi, Ill 60628
(773)-995-2233

Jeffrey Schultz
900 W. Jackson Blvd. Suite 6E
Chi, Ill 60607 (312) 491-9000

PG.2

David Koppelman
200 N. LaSalle St. Suite 2810
Chi, Ill 60601 (312) 642-4414

Byron Knight
2860 S. River Rd. Suite 400
Des Plaines 60018-60009
(847) 298-8000

Public Interest Law Initiative
c/o Foley & Lardner
321 N. Clark St. 28th Fl.
Chi, Ill 60610

Neil Holmen
35 W. Wacker Dr.
Chi, Ill 60601 (312) 558-5893

Joseph Homsy
20 N. Clark St Suite 3200
Chi, Ill 60602 (312) 596-7777

Maya Hoffman
222 S. Riverside Plaza Suite 1500
Chi, Ill 60606 (312) 382-3100

Gregory James
515 N. State 28 Fl.
Chi, Ill 60610 (312) 467-9800

Richard Jancasz
225 W. Wacker Suite 3000
Chi, Ill 60606 (312) 201-2555

Sheryl Hodges
2775 Sander Rd Suite A-6
Northbrook, Ill 60062
(847) 402-2846

Andrew Hoeg
525 W. Monroe St. Suite 1680
Chi, Ill 60661

Larry Hoellwarth
200 S. Michigan 20 Fl.
Chi, Ill 60604 (312) 431-3630

Edward Hofert
602 S. Nawata Ave.
Mount Prospect, Ill
60056 (847) 255-0807

PG.3

Frederick Aiossa
150 N. Wacker Suite 1750
Chi, Ill 60606 (312)236-2325

Chi Volunteer Legal Servise
100 N. LaSalle St.
Chi, Ill 60602 (312)332-1624

Joseph Jacobi
200 E Randolph
Chi, Ill 60601 (312)861-1467

Bruce Hoffman
115 S. Wilke Rd. Suite 107-C
Arlington Heights, Ill 60005

*Joseph Hodges* [signature]

[Notary signature] 11/28/07

OFFICIAL SEAL
RICHARD RIDDLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-6-08

# Holland+Knight

Tel 312 263 3600
Fax 312 578 6666

Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603-5517
www.hklaw.com

October 25, 2007

**CHARLES D. KNIGHT**
312-578-6573

charles.knight@hklaw.com

Joseph Hodges
782 Sharon Ave.
Park City, IL 60085

Joseph Hodges L21382
c/o Lake County Jail
P.O. Box 38
Waukegan, IL 60079-0038

    Re:    Case No. 05 CF 877

Dear Mr. Hodges:

    This is in response to your letter which I received on October 19, 2007. You inquire about my willingness to represent you in a civil claim arising out of criminal charges brought against you. You also complain about your treatment while incarcerated.

    I cannot represent you in these matters. If you intend to take legal action, you should seek legal advice from another attorney. Your legal rights might be impaired if you fail to act promptly. In general, claims from false imprisonment or personal injuries must be brought within two years.

Sincerely,

*Charles D. Knight*

Charles D. Knight

CDK/pmw

# 4886543_v1

# Stone & Associates, L.L.C.

415 West Washington Street _ Suite 107 _ Waukegan, Illinois 60085 _ (847) 336-7888 _ Fax (847) 336-0733

November 5, 2007

**LEGAL MAIL SENDER IS ATTORNEY**

Mr. Joseph Hodges  L-21382
Inmate
Lake County Jail
Post Office Box 38
Waukegan, Illinois 60079

We have your letter, and thank you for your interest.

We have reviewed the information you provided in your letter, and based upon our evaluation of time needed to be expended on this action, we find we cannot assume the responsibility of representing you in the pursuit of this matter.

Please be assured that we appreciate the interest expressed in our firm and wish you all good luck.

Sincerely,

Jed Stone

Enclosure: a/s



**THE EDWIN F. MANDEL LEGAL AID CLINIC
OF THE UNIVERSITY OF CHICAGO LAW SCHOOL**

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION

6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

October 15, 2007

*Lawyers*
Herschella G. Conyers
Craig B. Futterman
Mark J. Heyrman
Jason Huber
Jeffrey E. Leslie
Abner J. Mikva
Randall D. Schmidt
Randolph N. Stone

*Social Service
Coordinator*
Michelle Geller

*Senior Advisor*
Norval Morris
(1923-2004)

Mr. Joseph Hodges
782 Sharon Ave.
Bldg. 23, Apt. 1
Park City, IL   60085

Dear Mr. Hodges:

    The Mandel Legal Aid Clinic is not providing representation in your particular case.  I suggest you contact the following groups:

Prisoner's Rights Research Project
University of Illinois College of Law
Champaign, IL 61820
(217) 333-0930

Chicago Lawyers Committee for Civil Rights
 Under Law, Inc.
100 N. LaSalle St. Ste. 600
Chicago, Illinois   60602
(312) 630-9744

    If they are unable to help you please ask them for a referral as we have no one else for you to contact.  We are also returning your letter you sent us.

                    Sincerely,


            **Edwin F. Mandel Legal Aid Clinic**

THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

Suite 2300
180 North Michigan Avenue
Chicago, Illinois 60601-1287
(312) 201-9740
Fax (312) 201-9760
www.aclu-il.org



Joseph Hodges L-21382
PO Box 38
Waukegan, IL 60079-0038

Dear Mr. Hodges:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the <u>government</u> has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we cannot help you with your situation.

Sincerely,


Intake Department

# PRAIRIE STATE LEGAL SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| Linda A. Rothnagel<br>*Managing Attorney* | Lake County<br>(847) 662-6925 | 325 W. Washington Street<br>Suite 100<br>Waukegan, Illinois 60085 | McHenry County<br>(800) 942-3940 | Lawrence E. McShane<br>*Paralegal* |
| Lawrence W. Smith<br>John M. Quintanilla<br>Amy E. Weiss<br>Teri Ross<br>Katie E. Pinter<br>Richard Kohn<br>*Attorneys* | | October 25, 2007 | | Samuel DiGrino<br>*Law Graduate*<br><br>Fax<br>(847) 662-6986<br><br>TDD<br>(847) 662-4441 |

Harold L. Goldman
1921 - 2005

Joseph Hodges   L21382
P.O. Box 38
Waukegan, IL 60079

Dear Mr. Hodges:

    I received your letter. I am returning it to you. I have not kept a copy. Prairie State Legal Services receives funds from the federal government to operate its program. One of the conditions of the funding is that we are not allowed to handle a court case for any person who is incarcerated in any prison or jail. In addition I should let you know that the kinds of problems you have asked us to help with are not the kinds of cases that we handle for people who are not incarcerated.

    I wish you the best of luck.

Sincerely,

LINDA A. ROTHNAGEL
Attorney at Law

LAR/tmb

Enclosure




**JENNIFER S. HOLLOWAY**
COUNSELOR AT LAW
1100 W. NORTHWEST HIGHWAY
SUITE 217
MOUNT PROSPECT, ILLINOIS 60056
lawjsholloway@sbcglobal.net

TELEPHONE
(847) 259-0407

FACSIMILE
(847) 259-0477

November 15, 2007

Mr. Joseph Hodges
L-21382
P.O. Box 38
Waukegan, IL 60079-0038

Dear Mr. Hodges:

    I have received your letter and sympathize with your situation. However, my practice is limited to utility litigation and breach of contract matters. As such, I will not be in a position to represent you on any level. Further, I am not aware of any attorney who practices that type of law and thus, I would not be able to give you a referral.

    Very truly yours,

    Jennifer S. Holloway

The Law Offices of
# STEPHEN G. PINTO, LTD.
111 West Washington Street • Suite 1521 • Chicago, Illinois 60602 • phone: 312-726-3333 • fax: 312-726-3955

October 31, 2007

Joseph Hodges L-21382
P.O. Box 38
Waukegan, IL 60079-0038

RE:   Joseph Hodges

Dear Mr. Hodges:

I have received your letter and am unable to provide any assistance to you. This is a area of law that I do not practice.

I wish you the best.

Very truly yours,

STEPHEN G. PINTO, LTD.

By: _____
        Stephen G. Pinto

SGP/da

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Arthur Loevy
Michael Kanovitz
Jon Rosenblatt
Amanda Antholt
Russell Ainsworth
Mark Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Jon Loevy
Danielle Loevy
Kurt Feuer
Samantha Liskow
Gayle Horn
Bradley Block

Telephone   312.243.5900
Facsimile   312.243.5902

Website  www.loevy.com
E-mail  loevylaw@loevy.com

October 18, 2007

*Via first class mail*
Mr. Joseph Hodges L-21382
PO Box 38
Waukegan, IL 60079-0038

    *Re: Your request for legal representation*

Dear Mr. Hodges:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    However, please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                         Sincerely,

                                      Anne Gottschalk

# CHICAGO LEGAL CLINIC, INC.

**South Chicago • Pilsen • Austin • Downtown**

Most Rev. Thomas J. Paprocki, President
Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director *
Veda Dmitrovich
Laura SB Vallejo *
Ellen Moyle **
Molly A. Russell

South Chicago Office
2938 E. 91st Street
Chicago, IL 60617

Phone (773) 731-1762
Fax (773) 731-4264
TDD (773) 731-3477

* Also admitted in Indiana
** Also admitted in Wisconsin

October 12, 2007

Mr. Joseph Hodges— I.D. # SL-21382
Correctional Institute
P. O. Box 38
Waukegan, IL 60079-0038

Dear Mr. Hodges:

This letter is in response to your recent correspondence. The Chicago Legal Clinic, Inc. is unable to provide assistance in your case. We recommend that you contact Prairie State Legal Services, Land of Lincoln of Waukegan, 325 Washington, Suite 100, Waukegan, IL 60085. 662-6925

Sincerely,

Chicago Legal Clinic, Inc.

## INMATES IN CORRECTIONAL INSTITUTIONS

We have reviewed your recent letter and have determined that we will not be able to provide you with legal advice or representation in the matter you described. Therefore, we are now returning your letter addressed to the Legal Aid Bureau. The Legal Aid Bureau of Metropolitan Family Services handles family law cases only, such as divorce, child custody disputes, domestic violence and child abduction.

1. **WE DO NOT HANDLE CRIMINAL CASES**, including appeals, obtaining return of bond money, parole denials, reconsideration of sentences, etc. Normally we suggest contacting the public defender. We do not know of other groups that routinely provide free legal help in criminal matters. If you are indigent and believe you should have counsel other than the public defender, we can only suggest writing to the court that has your case, stating your request and the reason for it.

2. **WE ALSO DO NOT HANDLE PRISONERS' RIGHTS CASES**, that is, cases that have to do with how you are treated in the institution such as proper medical care, return of personal property, safety, disciplinary matters and so on.

3. Written instructions and court forms are available from the Federal District Court's Prisoners' Correspondence Office for cases involving civil rights complaints, writs of habeas corpus and motions to vacate, set aside or correct a sentence. Their address is:

> Prisoners' Correspondence Office
> 219 South Dearborn Street
> 20th Floor
> Chicago, Illinois 60604

4. The American Civil Liberties Union accepts selected prisoners' rights cases involving violations of constitutional rights. They emphasize cases involving widespread illegal practices, or individual cases that may set an important precedent. Their address is:

> American Civil Liberties Union
> 180 North Michigan Avenue
> Suite 2300
> Chicago, Illinois 60601

We are sorry that there are so few resources for free assistance with regard to your request and hope you will be able to find a way to resolve your problem.

OVER

Revised April 2003

# Holland+Knight

Tel 312 263 3600
Fax 312 578 6666

Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603-5517
www.hklaw.com

October 25, 2007

CHARLES D. KNIGHT
312-578-6573

charles.knight@hklaw.com

Joseph Hodges
782 Sharon Ave.
Park City, IL 60085

Joseph Hodges L21382
c/o Lake County Jail
P.O. Box 38
Waukegan, IL 60079-0038

    Re:   Case No. 05 CF 877

Dear Mr. Hodges:

    This is in response to your letter which I received on October 19, 2007. You inquire about my willingness to represent you in a civil claim arising out of criminal charges brought against you. You also complain about your treatment while incarcerated.

    I cannot represent you in these matters. If you intend to take legal action, you should seek legal advice from another attorney. Your legal rights might be impaired if you fail to act promptly. In general, claims from false imprisonment or personal injuries must be brought within two years.

Sincerely,

*Charles D. Knight*

Charles D. Knight

CDK/pmw

# 4886543_v1