FILED

JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Clerk,    07 C 6827

Please send me the required
Paper work for my appeal issues
So I can file a notice of appeal.
And can you inform myself
what is required to meet you
standards. PO I am removing
defendant from the original
claim. So as of now I only have
2 defendants.

Thank You
Sincerely
Joseph Hodges

Joseph Hodges - L-21382
P.O. Box 38
Waukegan, Ill
60079