CASE NO. 07C6827

FILED
JAN 10 2007
Jan 10 2007
JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT

Judge, V. Kendall,

I have tried to seek a attorney but I haven't had any luck. I'm not sure of all the elements in stating a claim. As we have no law librarian or law library. All we have is a computer, and I am not computer literate. I felt when I put in for appointment of counsel I would recieve a attorney that would handle the legal process of this claim. And if this is not so. I would like to ask for a continuens or extra time to try and figure out what is required to "state a claim". As I'm not sure how each defendant is directly responsible, thats why I put in for a attorney to represent me in this proceeding. Which was No #1 on the Motion for appointment of counsel. No #4 on that motion is application to proceed in forma pauperis. I thought they were done in order. So, I'm asking to stop the billing to my

account, and also give me time to prepare my claim. As I'm not a attorney or wish to go pro.se. But I would like another chance to "state a claim.

                Sincerely
              Mr Joseph Hodges

Joseph Hodges-L21382
P.O. Box 38
Waukegan, ILL
    60079-0038

Joseph Hodges L21382
P.O. Box 38
Waukegan, IL
60079-0038

PALATINE IL 600
05 JAN 2008
USA 41

Judge Virginia M Kendall
219 South Dearborn St.
Chicago, IL 60604

FWD

60604+1702