# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6827 | **DATE** | January 17, 2008 |
| **CASE TITLE** | Joseph Hodges # L21382 v. Haxall | | |

**DOCKET ENTRY TEXT:**

On December 14, 2007, this case was dismissed for failure to state a claim upon which relief could be granted, pursuant to 28 U.S.C. Section 1915A. On January 2, 2008 and again on January 10, 2008, Plaintiff submitted two *ex parte* letters to the court. The letter submitted January 2, 2008 is construed as a Notice of Appeal. In that letter Plaintiff asked for a form for a Notice of Appeal and no form is required. The clerk shall process accordingly. In the letter dated January 10, Plaintiff appears to argue for reconsideration of the court's dismissal of his case. Because the court construes the earlier letter as a Notice of Appeal, the court does not have jurisdiction to construe or to consider the second letter. Plaintiff's motion for appointment of counsel is denied for lack of jurisdiction.[8] The clerk shall send Plaintiff a motion to proceed in forma pauperis.

■[ For further details see text below.]
Docketing to mail notices.

# STATEMENT

On January 2, 2008, Plaintiff submitted an *ex parte* letter to the court asking for a Notice of Appeal form. Because no form is required, the court construes the letter as a Notice of Appeal. Plaintiff is advised that in order to appeal this court's dismissal of his case, in addition to a Notice of Appeal, he must either pay the appellate court filing fee of $455, or submit to this court, a Motion to Proceed on Appeal in forma pauperis.

Plaintiff is further advised that although the court has considered both of his letters, nevertheless, all submissions to this court must be in the form of pleadings, and served on the Defendant, or if the defendant(s) has an attorney, then on the attorney. Plaintiff's January 10, 2008 letter argues that he is pro se and does not know how to research his case so that he would be able to state a claim. He seeks more time to do this. However, the court has already given Plaintiff all of the reasons why his case was dismissed in its order of December 14, 2007. In addition, because the court has construed his January 2, 2008 letter as a Notice of Appeal, the court cannot now consider this letter or construe it as a Motion to reconsider, because the case is now in the appellate court.

Plaintiff also submitted a Motion for Appointment of Counsel. Ordinarily the court would deny the motion as moot, because the case has been dismissed; however, because he has appealed the dismissal of the case, the Motion is denied for lack of jurisdiction.

| | Courtroom Deputy Initials: | ste |
|---|---|---|