**FILED** BR

JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Clerk, 07 C 6827

Please send me the required paper work for my appeal issues so I can file a notice of appeal. And can you inform myself what is required to meet your standards. As I am removing defendant from the original claim. So as of now I only have 2 defendants.

Thank You
Sincerely
Joseph Hodges

Joseph Hodges - L-21382
P.O. Box 38
Waukegan, Ill
60079