**FILED** BR

JAN 0 2 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Clerk, 07 C 6827

Please send me the required paperwork for my appeal issues so I can file a notice of appeal. And can you inform myself what is required to meet your standards. As I am removing defendant from the original claim. So as of now I only have 2 defendants.

Thank You
Sincerely
Joseph Hodges

Joseph Hodges - L-21382
P.O. Box 38
Waukegan, Ill
60079

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07cv6827

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Joseph E. Hodges (Appellants) | | Bolling W. Haxall (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Joseph E. Hodges | Name | N/A |
| Firm | PRO SE | Firm | |
| Address | Lake-LCJ P.O. Box 38 Waukegan, IL 60086 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kendall | Date Filed in District Court | 12/14/07 |
| Court Reporter | A. Metzler (5154) | Date of Judgment | N/A |
| Nature of Suit Code | 550 | Date of Notice of Appeal | 1/2/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [X]

IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

PC, TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06827
## Internal Use Only

Hodges v. Haxall et al
Assigned to: Honorable Virginia M. Kendall
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/14/2007
Date Terminated: 12/14/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Joseph E. Hodges**     represented by **Joseph E. Hodges**
L-21382
Lake - LCJ
P.O. Box 38
Waukegan, IL 60086
PRO SE

V.

**Defendant**

**Bolling W. Haxall**

**Defendant**

**Michael Nerheim**

**Defendant**

**Scott Thomas**

**Defendant**

**Thomas Granger**

**Defendant**

**Sharon Gonzalaz**

**Defendant**

**John S Thornton, Jr.**

| | | |
|---|---|---|
| **Service List** | represented by | **Prisoner Correspondence - Internal Use Only**<br>Email: Prison1_ILND@ilnd.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| **Date Filed** | **#** | Docket Text |
|---|---|---|
| 12/04/2007 | **1** | RECEIVED Complaint and six copies by Joseph E. Hodges. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | **2** | CIVIL Cover Sheet. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | **3** | APPLICATION by Plaintiff Joseph E. Hodges for leave to proceed in forma pauperis. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | **4** | MOTION by Plaintiff Joseph E. Hodges to appoint counsel. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | **5** | POST MARKED envelope for initiating document by Joseph E. Hodges (Document not scanned) (aew, ) (Entered: 12/12/2007) |
| 12/14/2007 | **6** | MINUTE entry before Judge Virginia M. Kendall : Plaintiff s motion for leave to file in forma pauperis **3** is granted. The complaint is dismissed pursuant to 28 U.S.C.§1915A for failure to state a claim, terminating case. Any other pending motions are denied as moot. The trust fund officer at plaintiff's current place of incarceration is ordered to make deductions from plaintiff's account and payments to the clerk of court as stated herein. A copy of this order shall be sent to the trust fund officer at the Cook County Jail. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).Mailed notice (rbf, ) (Entered: 12/17/2007) |
| 12/17/2007 | | MAILED certified copy of minute order dated 12/14/07 to Trust Fund Officer at Cook County Jail. (rbf, ) (Entered: 12/17/2007) |
| 01/02/2008 | **7** | LETTER from Joseph Hodges to Clerk. (jmp, ) (Entered: 01/04/2008) |
| 01/10/2008 | **8** | MOTION by Plaintiff Joseph E. Hodges for appointment of counsel. |

| | | |
|---|---|---|
| | | (rbf, ) (Entered: 01/14/2008) |
| 01/10/2008 | 9 | LETTER from Joseph Hodges. (rbf, ) (Entered: 01/14/2008) |
| 01/17/2008 | 10 | MINUTE entry before Judge Virginia M. Kendall : On December 14, 2007, this case was dismissed for failure to state a claim upon which relief could be granted, pursuant to 28 U.S.C. Section 1915A. On January 2, 2008 and again on January 10, 2008, Plaintiff submitted two ex parte letters to the court. The letter submitted January 2, 2008 is construed as a Notice of Appeal. In that letter Plaintiff asked for a form for a Notice of Appeal and no form is required. The clerk shall process accordingly. In the letter dated January 10, Plaintiff appears to argue for reconsideration of the courts dismissal of his case. Because the court construes the earlier letter as a Notice of Appeal, the court does not have jurisdiction to construe or to consider the second letter. Plaintiffs motion for appointment of counsel is denied for lack of jurisdiction.**8** The clerk shall send Plaintiff a motion to proceed in forma pauperis.Mailed notice (rbf, ) (Entered: 01/18/2008) |