**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                          (312)435-5850


**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**


The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

|   |   |
|---|---|
| Filed on: | January 18, 2008 |
| Appellate Court No.: | 08-1147 |
| Short Caption: | Hodges, Joseph E. v. Haxall, Bolling, et al., |
| District Court Judge: | Virginia M. Kendall |
| District Court No.: | 1:07-cv-06827 |


If you have any questions regarding this appeal, please call this office.


**cc:**   **April Metzler**