# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                                  312-435-5670

February 6, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Hodges -v- Haxall

U.S.D.C. DOCKET NO. : 07 cv 6827

U.S.C.A. DOCKET NO. : 08 - 1147

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)            *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                    Very truly yours,

                                                    Michael W. Dobbins, Clerk

                                                    By:_____
                                                         D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Hodges -v- Haxall.

USDC NO.    : 07 cv 6827

USCA NO.    : 08 - 1147

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 6th day of Feb. 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        D. Jordan, Deputy Clerk

APPEAL, PC, TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06827
## Internal Use Only

Hodges v. Haxall et al  
Assigned to: Honorable Virginia M. Kendall  
Case in other court: 08-01147

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/14/2007  
Date Terminated: 12/14/2007  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Joseph E. Hodges**  represented by **Joseph E. Hodges**
L-21382
Lake - LCJ
P.O. Box 38
Waukegan, IL 60086
PRO SE

V.

**Defendant**

**Bolling W. Haxall**

**Defendant**

**Michael Nerheim**

**Defendant**

**Scott Thomas**

**Defendant**

**Thomas Granger**

**Defendant**

**Sharon Gonzalaz**

**Defendant**

**John S Thornton, Jr.**

| | | |
|---|---|---|
| **Service List** | represented by | **Prisoner Correspondence - Internal Use Only** <br> Email: Prison1_ILND@ilnd.uscourts.gov <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2007 | 1 | RECEIVED Complaint and six copies by Joseph E. Hodges. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | 3 | APPLICATION by Plaintiff Joseph E. Hodges for leave to proceed in forma pauperis. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | 4 | MOTION by Plaintiff Joseph E. Hodges to appoint counsel. (ef, ) (Entered: 12/06/2007) |
| 12/04/2007 | 5 | POST MARKED envelope for initiating document by Joseph E. Hodges (Document not scanned) (aew, ) (Entered: 12/12/2007) |
| 12/14/2007 | 6 | MINUTE entry before Judge Virginia M. Kendall : Plaintiff s motion for leave to file in forma pauperis 3 is granted. The complaint is dismissed pursuant to 28 U.S.C.§1915A for failure to state a claim, terminating case. Any other pending motions are denied as moot. The trust fund officer at plaintiff's current place of incarceration is ordered to make deductions from plaintiff's account and payments to the clerk of court as stated herein. A copy of this order shall be sent to the trust fund officer at the Cook County Jail. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).Mailed notice (rbf, ) (Entered: 12/17/2007) |
| 12/17/2007 | | MAILED certified copy of minute order dated 12/14/07 to Trust Fund Officer at Cook County Jail. (rbf, ) (Entered: 12/17/2007) |
| 01/02/2008 | 7 | LETTER from Joseph Hodges to Clerk. (jmp, ) (Entered: 01/04/2008) |

| | | |
|---|---|---|
| 01/02/2008 | 11 | PURSUANT to USDC order dated 1/17/08 (Doc #7) is to be construed as a NOTICE of appeal by Joseph E. Hodges; ifp granted. (air, ) Modified on 1/18/2008 (air, ). (Entered: 01/18/2008) |
| 01/10/2008 | 8 | MOTION by Plaintiff Joseph E. Hodges for appointment of counsel. (rbf, ) (Entered: 01/14/2008) |
| 01/10/2008 | 9 | LETTER from Joseph Hodges. (rbf, ) (Entered: 01/14/2008) |
| 01/17/2008 | 10 | MINUTE entry before Judge Virginia M. Kendall : On December 14, 2007, this case was dismissed for failure to state a claim upon which relief could be granted, pursuant to 28 U.S.C. Section 1915A. On January 2, 2008 and again on January 10, 2008, Plaintiff submitted two ex parte letters to the court. The letter submitted January 2, 2008 is construed as a Notice of Appeal. In that letter Plaintiff asked for a form for a Notice of Appeal and no form is required. The clerk shall process accordingly. In the letter dated January 10, Plaintiff appears to argue for reconsideration of the courts dismissal of his case. Because the court construes the earlier letter as a Notice of Appeal, the court does not have jurisdiction to construe or to consider the second letter. Plaintiffs motion for appointment of counsel is denied for lack of jurisdiction.8 The clerk shall send Plaintiff a motion to proceed in forma pauperis.Mailed notice (rbf, ) (Entered: 01/18/2008) |
| 01/18/2008 | 12 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 11. Notified counsel (air, ) (Entered: 01/18/2008)~~ |
| 01/18/2008 | 13 | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 01/18/2008)~~ |
| 01/23/2008 | 14 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 11 ; USCA Case No. 08-1147 (rbf, ) (Entered: 01/29/2008)~~ |
| 01/23/2008 | 15 | ~~CIRCUIT Rule 3(b) Notice (rbf, ) (Entered: 01/29/2008)~~ |

```
KEY

All items are included in this record.
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```