RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 07 2008
Feb 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Joseph Hodges

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 07C6827 (Judge Kendall)
(To be supplied by the Clerk of this Court)

Scott Thomas
Thomas Granger

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:          AMENDED

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Joseph Hodges

   B. List all aliases: N)/A

   C. Prisoner identification number: L21382

   D. Place of present confinement: Lake County Jail

   E. Address: 20 S County St. Waukegan

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Scott Thomas
      Title: Detective
      Place of Employment: Waukegan, ILL

   B. Defendant: Thomas Granger
      Title: Detective
      Place of Employment: Waukegan, ILL

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That the defendants Scott Thomas and or Thomas Granger, who at all times relevent was acting under the color of State law, was engaged in malicious prosecution and false imprisonment of the Plaintiff. And they are being sued in there individual and official capacities. On or about March 3rd, 2005, a burning of a house occured. March 8th a warrant was issued for the plaintiff.

A informant made an attempt to Waukegan Police, a fire dept. and also to Crime Stopper. At that time this informant was not found to have been credible or reliable. He made a second attempt, days later, with the same information and is then found credible and reliable.

The investigating detectives recieves a

Revised 9/2007

a writing statement from this informant which lead to a warrant for me. There was no physical evidence, or a eye witness or corroboration of any kind. This informant asked several times for a cash reward, has a criminal past and has never shown himself to be either credible or reliable in the past nor did he witness this crime. The detectives assigned did not investigate the sight or talk to the victims, but acted as if they did or try to locate any eyewitness. The informant did not verify his statement in open court for the basis of issurance of the warrant or at the grand jury. Later in trial it was found that it possibly was not a arson. The detectives lack in there duties as investigators. The area that was burnt was not up to code, and was found to be in such poor condition, even a hot day could have started the fire, as well as the poor electrical wiring. Was not issued a building permit.

The detective said the house burnt down. But there were 10-15 pictures of inside the house after the fire. He committed purjury, by making that statement in hopes of obtaining an arrest and a conviction. Or could he convey his personal observation, only that he could convey those of someone else. That his testimony was deceptive, in that it is hearsay nature was concealed. He also relaid testimony of the informant, that he never spoke with or knew his credibility. The detective lead the grand jury into thinking that it is hearing eyewitness testimony, when it is actually hearing accounts whose hearsay nature concealed. And it is the government, was duty bound <u>not to</u> introduce false, misleading or inaccurate testimony. I feel the detective presentation of deceptive evidence denied the plaintiff due process. Regardless, whether the deception was intentional, Plaintiff were prejudiced by the misstatement of facts and the grand jury role was impaired. And it also mischaracterized the observation of the actual eyewitness, so as to establish probable cause.

where none existed. And it is on this point that prejudice arises.

Sincerely,
Joseph Hodges

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation and punitive damages in the amount of 30 Million Dollars

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5__ day of __Feb__ 20 __08__

__Joseph Hodges__
(Signature of plaintiff or plaintiffs)

__Joseph Hodges__
(Print name)

__L-21382__
(I.D. Number)

__782 Sharon Blvd 23 Apt 1__
__Park City, IL 60085__
(Address)