# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6827 | **DATE** | February 15, 2008 |
| **CASE TITLE** | Joseph Hodges v. Haxall | | |

**DOCKET ENTRY TEXT:**

This matter was dismissed in this court on December 14, 2007. Plaintiff continues to file pleadings in this court although he has been told previously that this court does not have jurisdiction to consider the matter further as it is now in the 7th Circuit Court of Appeals. Plaintiff has now filed an amended complaint. The court strikes this complaint as the case has already been considered and dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | STE |
|---|---|---|