# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6827 | **DATE** | February 28, 2008 |
| **CASE TITLE** | Joseph Hodges v. Haxall | | |

**DOCKET ENTRY TEXT:**

   The court denies Plaintiff's motion for leave to file his appeal *in forma pauperis* without prejudice to reconsideration should he renew his motion in compliance with this order.[ 21 ]  Plaintiff is given until March 20, 2008, either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $455 filing fee.  The clerk is directed to send Plaintiff an *in forma pauperis* application along with a copy of this order.

■[ For further details see text below.]
Docketing to mail notices.

## STATEMENT

   This Court requires that persons seeking leave to file *in forma pauperis* file their motions on a prescribed form.  LR 3.3.  Plaintiff is no longer incarcerated.  However, according to the affidavit he submitted , has no income from any source. The court finds that it is possible that he may have some income from some source, even though he may not be employed.   If Plaintiff wants to proceed on his appeal, he must file a new motion for leave to file *in forma pauperis* on the required form and include all income from all sources. This means he must include any public benefits he receives such as public assistance, social security disability or any other public benefits, and he must also include any gifts of money from friends or relatives.  Plaintiff must also write the case number in the space provided for it.  Failure to complete the required form fully or otherwise comply with this order are grounds for dismissal of the appeal.  *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).
        To enable the court to make the necessary initial assessment of the filing fee, if Plaintiff wishes to proceed with this appeal *in forma pauperis* he must file another *in forma pauperis* application on the form required by the rules of this court including the additional information above outlined.

| | Courtroom Deputy Initials: | ste |
|---|---|---|