**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

PLRA C.R. 3(b) FINAL ORDER

**FILED**
JUN 25 2008
JUN 2 5 2008 YM

June 25, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1147 | JOSEPH E. HODGES, <br> Plaintiff - Appellant <br><br> v. <br><br> BOLLING W. HAXALL, MICHAEL NERHEIM, SCOTT THOMAS, et al., <br> Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06827
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
Court Reporter April Metzler
District Judge Virginia Kendall

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the district court on May 12, 2008. The pro se appellant has neither paid the $455.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the Appellate Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).

A True Copy
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit