# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 25, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

**FILED**
JUN 25 2008
JUN 2 5 2008    YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1147 | JOSEPH E. HODGES, Plaintiff - Appellant<br><br>v.<br><br>BOLLING W. HAXALL, MICHAEL NERHEIM, SCOTT THOMAS, et al., Defendants - Appellees |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:07-cv-06827<br>Northern District of Illinois, Eastern Division<br>Clerk/Agency Rep Michael Dobbins<br>Court Reporter April Metzler<br>District Judge Virginia Kendall |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:     record to be returned later

DATE IFP DENIED:     05/12/2008

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                               **Received by:**

_____                          _____

form name: c7_Mandate (form ID: 135)