

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

July 11, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

FILED
JUL 11 2008 RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1147 | JOSEPH E. HODGES,<br>Plaintiff - Appellant<br><br>v.<br><br>BOLLING W. HAXALL, MICHAEL NERHEIM, SCOTT THOMAS, et al.,<br>Defendants - Appellees |
|---|---|

### Originating Case Information

District Court No: 1:07-cv-06827   07 cv 6827
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
Court Reporter April Metzler
District Judge Virginia Kendall

The mandate or agency closing letter in this cause issued on June 25th, 2008.
Returned herewith is the record which was transmitted to this court.

| | |
|---|---|
| **RECORD ON APPEAL STATUS:** | Entire record returned consisting of |
| Pleadings: | 1 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** _____   **Received by:** [signature]

form name: c7_Record_Return_toDC (form ID: 205)